UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

In the Matter of the Search of:

The Premises Known as 20 Ferguson Ave.,
Buffalo, New York 14213



23-MJ-5041
FILED UNDER SEAL

### ORDER

Pursuant to Rule 41(d) of the Local Rules of Criminal Procedure for the Western District of New York, and for good cause shown, the Search Warrant, Search Warrant Application, Search Warrant Affidavit, and inventory return shall remain under seal until further order of the Court.

NOW, upon the request of the government it is hereby

ORDERED, that this matter will remain sealed until further order of the Court.

DATED:   Buffalo, New York, April  3 , 2023.

_____
HON. MICHAEL J. ROEMER
United States Magistrate Judge